**Order entered April 11, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00308-CV

## IN THE INTEREST OF A.C.D., L.M.D., AND L.M.D., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30156-2014**

## ORDER

We **GRANT** appellant's April 11, 2016 motion for an extension of time to file a response to this Court's jurisdictional letter. Appellant shall file a letter brief addressing this Court's jurisdictional concern by **APRIL 12, 2016**.

Appellee shall file any responsive letter brief by Monday, April 18, 2016.

/s/      ELIZABETH LANG-MIERS
            JUSTICE